**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00118-CV

## RMAX OPERATING, LLC, Appellant

### V.

## GAF MATERIALS CORPORATION OF AMERICA, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04125**

## ORDER

The reporter's record in this appeal was first due March 12, 2016. We granted court reporter Vielica Dobbins three extensions of time to file the record. When Ms. Dobbins failed to file the record following those extensions, we granted appellant's motion to compel production of the reporter's record and ordered Ms. Dobbins to file the record by September 30, 2016. Ms. Dobbins did not file the record and did not communicate with the Court regarding the status of preparation of the record.

On October 17, 2016, we ordered Ms. Dobbins to file the record by October 24, 2016 and ordered that Ms. Dobbins not sit as a court reporter in any capacity until she has filed the reporter's record in this appeal. Ms. Robbins now seeks an extension until October 28, 2016 to

1

file the record in this case.  We **DENY** court reporter Vielica Dobbins's October 17, 2016 request for an extension of time to file the reporter's record in this case.

/s/     CRAIG STODDART
JUSTICE